STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ROSS WEINGARTEN (NYBN 5236401)
KEVIN RUBINO (CABN 255677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7291
    FAX: (415) 436-7234
    Ross.Weingarten@usa.doj.gov
    Kevin.Rubino@usa.doj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 19-cr-00048-CRB |
| Plaintiff, | [~~PROPOSED~~] DETENTION ORDER |
| v. | |
| MICKEY RIVERA, | |
| Defendant. | |

On March 12, 2020, defendant Mickey Rivera was charged by Superseding Indictment with felon in possession of a firearm and ammunition in violation of 18 U.S.C. § 922(g)(1) and possession of a prohibited firearm in violation of 26 U.S.C. § 5861(d).

This matter came before the Court on April 15, 2021 on a motion for release from custody. The defendant was present and represented by Candis Mitchell. Assistant United States Attorney Kevin Rubino appeared for the government. The defendant moved for release from detention, and the government opposed. At the hearing, defense counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on

the record, the Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the person as required and the Court further finds that that by clear and convincing evidence no condition or combination of conditions will reasonably assure the safety of any other person or the community.  Accordingly, the defendant must be detained pending trial in this matter.  This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: April 15, 2021

HONORABLE LAUREL BEELER
United States Magistrate Judge